**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| CHRISTINA WOODARD,<br><br>*Plaintiff*,<br><br>v.<br><br>TEXAS FAMILY CARE NETWORK, LESLIE ESCOBAR, EMMALEE TOMASZEWSKI, TRESESA MURPHY, LORA HUERTA, LEIGH ROBERTS,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 9:25-CV-00226-MJT-ZJH<br><br>JUDGE MICHAEL TRUNCALE |

ORDER OVERRULING OBJECTIONS AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On August 11, 2025, the Court referred this case to United States Magistrate Judge Zack Hawthorn. Pending before the Court are multiple *Motions to Dismiss* filed by various Defendants. Dkts. 13, 21, 28, 41. On August 19, 2026, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 67], which recommended granting the multiple *Motions to Dismiss* filed by Defendants because Plaintiff Christina Woodard ("Woodard") has failed to plausibly allege facts or state claims sufficient to overcome the Defendants' Rule 12 defenses. On August 26, 2026, Woodard filed *Objections* [Dkt. 69] to Judge Hawthorn's *Report and Recommendation*. On August 25, 2026, Defendant Lora Huerta filed a *Response* [Dkt. 68] to Woodard's *Objections*. On September 11, 2026, Defendants Texas Family Care Network, Leslie Escobar, and Emmalee Tomaszewski additionally filed a *Response* [Dkt. 70] to Woodard's *Objections*.

A party who files timely written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to

which the party specifically objects. 28 U.S.C. § 636(b)(l)(c); FED. R. CIV. P. 72(b)(2)–(3). The court has reviewed *de novo* Judge Hawthorn's *Report and Recommendation* in light of Woodard's objections[1] and the respective Defendants' responses to those objections. The Court concludes that Judge Hawthorn's findings and conclusions of law are correct, and that Woodard's objections are without merit.

It is therefore ORDERED that Woodard's *Objections* [Dkt. 69] are OVERRULED. It is further ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 67] is ADOPTED. A final judgment will be entered separately, in accordance with the magistrate judge's recommendation.

**SIGNED this 18th day of September, 2026.**

Michael J. Truncale
Michael J. Truncale
United States District Judge

[1] Woodard cites "Nunes v. Texas, 2024 WL 1978793 (5th Cir. May 3, 2024)" within her objections. This appears to be a non-existent case.